# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOHN RAY MELVIN,

        Plaintiff,

v.                                          Case No:   6:16-cv-137-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** SHEA A. FUGATE'S UNOPPOSED SECOND REQUEST FOR AUTHORIZATION TO CHARGE A REASONABLE FEE AND MEMORANDUM ON REASONABLE FEES PURSUANT TO 42 U.S.C. § 406(b) (Doc. No. 32)
>
> **FILED:** October 21, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

In this social security case, Shea A. Fugate, Esq. petitions the Court for an award of attorney's fees pursuant to 42 U.S.C. § 406(b).  Doc. No. 32.  Upon

review, however, the Notice of Change in Benefits on which Attorney Fugate bases the request issued on August 19, 2024. Doc. No. 32-2. Thus, it appears that Attorney Fugate's request is untimely. *See* Local Rule 7.01(e) (requiring a motion for attorney's fees in a social security action after remand to be filed "[n]o later than fourteen days after receipt of a 'close-out' letter"). Accordingly, the request (Doc. No. 32) is **DENIED without prejudice**. If Attorney Fugate renews the motion, she must establish, by citation to evidence and legal authority, that her request is timely.

**DONE** and **ORDERED** in Orlando, Florida on October 22, 2024.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties